| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**STANZIALE & STANZIALE, P.C.**<br>29 Northfield Avenue, Suite 201<br>West Orange, New Jersey 07052-5403<br>(973) 731-9393<br>Attorneys for Benjamin A. Stanziale, Jr., Trustee |
| In Re:<br><br>Annette Sanchez,<br><br>　　　　　　　　　　Debtor. |

Case No.:  19-26509-JKS

Chapter 7

Hearing Date:  February 11, 2020

Judge:  Hon. John K. Sherwood

## CERTIFICATION OF BENJAMIN A. STANZIALE, JR. IN SUPPORT OF MOTION TO DISMISS CHAPTER 7 PROCEEDING

I, BENJAMIN A. STANZIALE, JR., being of full age do hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, and am on the Chapter 7 Panel Trustees for the District of New Jersey.

2. I make this Certification in support of a Motion to dismiss the above-referenced Chapter 7 proceeding.

3. On August 27, 2019, Debtor, Annette Sanchez, (hereinafter referred to as the "Debtor") filed for protection pursuant to Chapter 7 Proceeding of the United States Bankruptcy Code.

4. On August 28, 2019, I was appointed the Interim Trustee pursuant to 11 U.S.C. § 701(a).

5. At the September 26, 2019 341(a) meeting, I requested copies of Debtor's closing

statement and documentation as to the disposition of any funds received.

6. On October 30, 2019, I sent correspondence to Debtor's attorney requesting that Debtor's attorney provide me with copies of the Debtor's closing statement and documentation as to the disposition of any funds received. The Debtor has not provided the requested documentation.

7. I, therefore, respectfully request as the Chapter 7 Interim Trustee, that the case of Debtor be dismissed for failure to cooperate with the Trustee in violation of 11 U.S.C. § 521, and for impeding the proper administration of the case.


Dated: January 13, 2020                    /s/ Benjamin A. Stanziale, Jr.
                                           Benjamin A. Stanziale, Jr.